```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03038-RNO
Kimuel D Villanova, Sr                                          Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: TWilson                Page 1 of 1              Date Rcvd: Aug 03, 2016
                                Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db              #+Kimuel D Villanova, Sr,    108 South Broad Street,    New Freedom, PA 17349-9669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor Kimuel D Villanova, Sr atmlaw1@verizon.net
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Colonial Savings, F.A. as Servicer for TOWER FCU
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Credit Union Mortgage Association pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kimuel D. Villanova, Sr. a/k/a Kim D. Villanova a/k/a Kumuel Villanueva a/k/a Jay Villanueva and Yolanda D. Villanova, <br>    Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 14-03038/RNO |
| Credit Union Mortgage Association, <br>    Movant, <br> v. <br> Kimuel D. Villanova, Sr. a/k/a Kim D. Villanova a/k/a Kumuel Villanueva a/k/a Jay Villanueva and Yolanda D. Villanova, (non-debtor) <br>    Debtors, <br><br> Charles J. DeHart, III, Trustee, <br>    Additional Respondent. | 11 U.S.C. § 362 |

**ORDER**

AND NOW, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 2, 2016