```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03038-RNO
Kimuel D Villanova, Sr                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson              Page 1 of 1              Date Rcvd: Sep 27, 2016
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
db             #+Kimuel D Villanova, Sr,   108 South Broad Street,   New Freedom, PA 17349-9669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor Kimuel D Villanova, Sr atmlaw1@verizon.net
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Colonial Savings, F.A. as Servicer for TOWER FCU
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Credit Union Mortgage Association pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   KIMUEL D. VILLANOVA : CASE NO. 1-14-03038
        Debtor :
: CHAPTER 13

## ORDER

Upon consideration of the Debtor's motion to amend his confirmed Chapter 13 plan, it is hereby ORDERED that the motion is granted.

By the Court,

*Robert N. Opel II* (signature)

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: September 27, 2016