Certificate Number: 01721-PAM-DE-030380677

Bankruptcy Case Number: 14-03038



01721-PAM-DE-030380677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2017</u>, at <u>4:20</u> o'clock <u>PM EST</u>, <u>Kimuel Villanova</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 3, 2018</u>          By:     <u>/s/Sonja_Coston</u>

Name:  <u>Sonja_Coston</u>

Title:  <u>Counseling</u>