In re:                                                                        Case No. 14-03038-RNO
Kimuel D Villanova, Sr                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: TWilson          Page 1 of 1              Date Rcvd: Jun 13, 2018
                               Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db              #+Kimuel D Villanova, Sr,    108 South Broad Street,   New Freedom, PA 17349-9669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
          Anthony Todd McBeth    on behalf of Debtor 1 Kimuel D Villanova, Sr atmlaw1@verizon.net
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   Colonial Savings, F.A. as Servicer for TOWER FCU
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Credit Union Mortgage Association pa-bk@logs.com
          Thomas I Puleo    on behalf of Creditor   Colonial Savings, F.A. as Servicer for TOWER FCU
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimuel D Villanova Sr,
aka Kim D Villanova, aka Kimuel Villanueva, aka Jay
Villanueva,

**Debtor 1**

Social Security No.:

xxx–xx–5644

Employer's Tax I.D. No.:

| | |
|---|---|
| Chapter | 13 |
| Case No. | 1:14–bk–03038–RNO |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  June 13, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

**fnldec** (05/18)